MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JOY WHEELER,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL ACTION NO. 09-03558-SBA<br><br>STIPULATION AND PROPOSED ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to file an Answer to Plaintiff's Complaint, and the certified administrative record. Counsel for Defendant has been informed that the Office of Disability Adjudication and Review (ODAR) has not prepared a certified administrative record for this case because the recording of Plaintiff's hearing is partially or totally blank, which prevents ODAR from preparing the hearing transcript and certifying an administrative transcript for Defendant to file with this Court. Counsel for Plaintiff is attempting to determine whether he has a usable recording of the hearing. Should Plaintiff's counsel be unable to locate such a recording, or should ODAR continue to be unable to prepare a certified administrative record in any event, Defendant will move for remand pursuant to sentence six of 42 U.S.C. section 405(g) for further administrative proceedings.

    The current due date for Defendant's Answer was August 16, 2010. The new due date

will be September 15, 2010. On or before that date, Defendant will either file an answer, move for remand pursuant to sentence six, or if necessary seek a further extension from this Court. Counsel for Defendant sincerely apologizes to the Court for any inconvenience caused by Defendant's failing to file the answer in a timely fashion.

Respectfully submitted,

Dated: August 19, 2010  */s/ James Hunt Miller*
(as authorized via e-mail)
JAMES HUNT MILLER
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: August 19, 2010  By *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: 8/25/10  _____
SAUNDRA B. ARMSTRONG
UNITED STATE DISTRICT JUDGE