MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JOY WHEELER,<br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 09-03558-SBA<br><br>STIPULATION AND ORDER<br>FOR REMAND PURSUANT TO<br>SENTENCE SIX OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

1    Meaningful review of this case is not possible because the recording of Plaintiff's hearing,
2 held on April 20, 2006, is partially or totally blank.  On remand, the Appeals Council will remand
3 the case to an Administrative Law Judge for a *de novo* hearing.

                                            Respectfully submitted,

Dated: September 17, 2010                   */s/ James H. Miller*
                                            (as authorized via e-mail)
                                            JAMES H. MILLER
                                            Attorney for Plaintiff

                                            MELINDA L. HAAG
                                            United States Attorney

Dated: September 17, 2010                   By *s/ Daniel P. Talbert*
                                            DANIEL P. TALBERT
                                            Special Assistant U. S. Attorney

                                            Attorneys for Defendant


                                            ORDER

   For good cause shown, Wheeler v. Astrue (Case No. 09-03558 SBA), is hereby

REMANDED under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.

   SO ORDERED.


DATED: September 17, 2010                   _____
                                            SAUNDRA B. ARMSTRONG
                                            UNITED STATES DISTRICT JUDGE